# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: 25-12803-NMG

Maoming Hongye Aquatic Products Co, Ltd.

v.

Slade Gorton & Co, Inc.

### ORDER OF RECUSAL

GORTON, U.S.D.J.

    Pursuant to 28, U.S.C., Section 455, I hereby recuse myself from any further proceedings in the above-entitled case.

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        Sr. U.S. District Judge

October 1, 2025

To: All Counsel